```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 34564
   ALBERT CARTER MAYDEN JR
   PRISCILLA ANN MAYDEN                     CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-9846     SSN XXX-XX-1342

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 09/17/2004 and was confirmed 11/17/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/14/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOC  SECURED           13175.00       1035.31      13175.00
PORTFOLIO RECOVERY ASSOC  UNSECURED          1523.64         .00         1059.74
BMW FINANCIAL SVC         SECURED           27604.32       2169.11      27604.32
WELLS FARGO HOME MORTGAG  CURRENT MORTG     96706.14         .00        96706.14
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE      6811.08         .00         6811.08
BANK ONE                  UNSECURED           388.23         .00          270.02
BENEFICIAL FINANCE CO     UNSECURED         10082.39         .00         7012.58
CELLULAR ONE              UNSECURED         NOT FILED        .00             .00
ECAST SETTLEMENT CORP     UNSECURED          4420.85         .00         3074.83
ECAST SETTLEMENT CORP     UNSECURED          2007.93         .00         1396.57
INGALLS MEMORIAL HOSPITA  UNSECURED         NOT FILED        .00             .00
MEDICAL RECOVERY SPECIAL  UNSECURED         NOT FILED        .00             .00
MUTUAL HOSPITAL SERVICES  UNSECURED           107.56         .00           62.27
WELLS FARGO FINANCIAL IL  SECURED            1000.00        66.23        1000.00
CITIFINANCIAL             UNSECURED          1792.88         .00         1247.00
WELLS FARGO FINANCIAL IL  UNSECURED           800.00         .00          556.42
PETER FRANCIS GERACI      DEBTOR ATTY       1,700.00                    1,700.00
TOM VAUGHN                TRUSTEE                                      10,530.87
DEBTOR REFUND             REFUND                                        3,913.51

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             179,391.00

PRIORITY                                     .00
SECURED                                145,296.54
    INTEREST                             3,270.65
UNSECURED                               14,679.43
ADMINISTRATIVE                           1,700.00
TRUSTEE COMPENSATION                    10,530.87

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 34564 ALBERT CARTER MAYDEN JR & PRISCILLA ANN MAYDEN
```

```
DEBTOR REFUND                                                    3,913.51
                                            ---------------   ---------------
TOTALS                                          179,391.00       179,391.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 03/10/09                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```